IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Raymond P. Moore, Judge

Criminal Case No.  07-cr-00493-LTB

UNITED STATES OF AMERICA,

　　　Plaintiff,

v.

JOSE RAMIREZ,

　　　Defendant.

---

ORDER

---

　　　This matter is before the Court for a further status hearing held on August 27, 2013.

　　　IT IS HEREBY ORDERED as follows:

　　　1.  Defendant's unopposed Motion to for An Ends of Justice Exclusion **[Doc. # 19]** is GRANTED for the reasons stated on the record, and the speedy trial clock shall be extended for 90 days beyond the original speedy trial date of September 25, 2013;

　　　2.  Any pretrial motions are due on or before October 7, 2013; and any responses to motions are due on or before October 17, 2013; and

　　　3.  A further status and scheduling hearing is set for Monday, October 28, 2013 at 10:00 a.m. before Judge Babcock.

Dated: August   27  , 2013, in Denver, Colorado.

　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　  s/Raymond P. Moore
　　　　　　　　　　　　　　　　　　　RAYMOND P. MOORE, JUDGE