# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# JUDGE LEWIS T. BABCOCK

## COURTROOM MINUTES
_____

| | | | |
|---|---|---|---|
| Courtroom Deputy: | Emily Seamon | Date: | May 5, 2014 |
| Court Reporter: | Tammy Hoffschildt | Probation: | Patrick Lynch |

_____

Criminal Action No. 07-cr-00493-LTB          <u>Counsel:</u>

UNITED STATES OF AMERICA,                    Michele Korver

    Plaintiff,

v.

1. JOSE RAMIREZ,                             Charles Elliott

    Defendant.

_____

## SENTENCING
_____

9:31 a.m.     Court in Session.

Defendant is present and in custody.

> Defendant plead guilty to Counts 3 and 5 of the Indictment and admitted to the forfeiture allegation on February 5, 2014.

Statement by Mr. Elliott regarding letters from Defendant's family and Defendant's Motion for Variant Sentence.

Discussion regarding how and when Defendant was arrested, and when Defendant left this jurisdiction and became a fugitive.

Statements by Ms. Korver and Defendant.

Statement by the Court regarding its sentencing basis.

**ORDERED**: Defendant's Unopposed Motion for Downward Departure [Doc. No. 40, filed April 17, 2014] is DEEMED MOOT.

**ORDERED**: Defendant's Motion for Variant Sentence [Doc. No. 41, filed April 17, 2014] is DEEMED MOOT.

**ORDERED**: Defendant's Unopposed Motion for Downward Departure [Doc. No. 42, filed April 17, 2014] is GRANTED.

**ORDERED**: Defendant's Motion for Variant Sentence [Doc. No. 43, filed April 18, 2014] is DENIED.

**ORDERED**: Pursuant to the Sentencing Reform Act of 1984, it is the judgment of the court that Defendant, Jose Ramirez, is hereby committed to the custody of the Bureau of Prisons to be imprisoned for a term of 135 months as to Count 3 and 120 months as to Count 5, to run concurrently.

Court recommends that the Bureau of Prisons place Defendant in a Federal Bureau of Prisons facility in Colorado.

**ORDERED**: Upon release from imprisonment, Defendant shall be placed on supervised release for a period of 4 years as to Count 3, and 3 years as to Count 5, to run concurrently.

**ORDERED**: Conditions of Supervised Release:
- (X) Within 72 hours of release from the custody of the Bureau of Prisons, Defendant shall report in person to the probation office in the district to which Defendant is released.
- (X) Defendant shall not commit another federal, state or local crime.
- (X) Defendant shall not possess a firearm as defined in 18 U.S.C. § 921.
- (X) Defendant shall comply with standard conditions as adopted by the Court.
- (X) Defendant shall not unlawfully possess a controlled substance.
- (X) Defendant shall refrain from the unlawful use of a controlled substance and submit to one drug test within 15 days of placement on supervised release and two periodic drug tests thereafter for use of a controlled substance.
- (X) Defendant will cooperate in the collection of DNA as directed by the probation officer.

**SPECIAL CONDITION** of Supervised Release:
- (X) The defendant shall participate in and successfully complete a program of testing and/or treatment for substance abuse, as approved by the

        probation officer, until such time as the defendant is released from the program by the probation officer. The defendant shall abstain from the use of alcohol or other intoxicants during the course of treatment and shall pay the cost of treatment as directed by the probation officer.

**ORDERED**: Defendant shall pay a special assessment of $200.00, which is due and payable immediately.

**ORDERED**: No fine is imposed because defendant has no ability to pay a fine.

**ORDERED**: Government's Oral Motion to Dismiss Counts 1, 2, and 4 as to Jose Ramirez is GRANTED.  Government shall follow up with a written motion and proposed order.

**ORDERED**: Defendant advised of right to appeal.

Defendant is **REMANDED** to the custody of the U.S. Marshal.

10:13 a.m.    Court in Recess.
Hearing concluded.
Time:  00:42