**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No. 07-cr-00493-LTB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. JOSE RAMIREZ,

    Defendant.

___

**ORDER DISMISSING COUNTS 1, 2, AND 4 OF THE INDICTMENT**
___

THIS MATTER comes before the Court on the United States' Motion to Dismiss Counts 2, 1, and 4 of the Indictment. The Court having reviewed the Motion and being fully advised in the premises, it is

ORDERED AND ADJUDGED that the Motion is hereby GRANTED. Counts 1, 2, and 4 of the Indictment are DISMISSED.

DATED this __8th__ day of May, 2014, in Denver, Colorado.

                                              BY THE COURT:

                                              s/Lewis T. Babcock
                                              LEWIS T. BABCOCK
                                              Senior United States District Judge